IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Lowe, Gregory C

Printed: 01/29/09

Case Number: 08 B 05630
Judge: Wedoff, Eugene R
Filed: 3/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 18, 2008
Confirmed: May 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,960.00 |  |
| Secured: |  | 6,025.06 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,350.00 |
| Trustee Fee: |  | 584.94 |
| Other Funds: |  | 0.00 |
| Totals: | 8,960.00 | 8,960.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Associates | Administrative | 2,350.00 | 2,350.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 30,972.24 | 4,197.90 |
| 5. | Litton Loan Servicing | Secured | 31,000.00 | 1,827.16 |
| 6. | Merrick Bank | Unsecured | 945.35 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 220.23 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 178.39 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 803.05 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 171.58 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 516.64 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 487.20 | 0.00 |
| 13. | Triad Financial Services | Secured |  | No Claim Filed |
| 14. | Schottler & Associates | Priority |  | No Claim Filed |
| 15. | Triad Financial Services | Unsecured |  | No Claim Filed |
| 16. | Fingerhut Corporation | Unsecured |  | No Claim Filed |
| 17. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 18. | Barclays Bank of Delaware | Unsecured |  | No Claim Filed |
| 19. | HSBC | Unsecured |  | No Claim Filed |
| 20. | Professional Account Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 67,644.68 | $ 8,375.06 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Lowe, Gregory C

Printed: 01/29/09

Case Number:  08 B 05630
Judge:  Wedoff, Eugene R
Filed:  3/10/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 417.30 |
| 6.6% | 167.64 |
| | $ 584.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

